

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00783-CV

**IN RE** Wanda **ABRAM** and all Other Occupants

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Beth Watkins, Justice

Delivered and Filed: November 27, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On November 5, 2019, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 31E1902079, styled *WL Ventana LLC d/b/a Park at Ventana 2 v. Wanda Abram and All Other Occupants*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Jeff Wentworth presiding.